## PEOPLE v. BUCK.

### No. 3007; April 19, 1861.

**Appeal.—Undue Delay in Filing Assignments of Error After Sending** up the record calls for a dismissal of the appeal for lack of prosecution.

FIELD, C. J.—The record in this case, has been in this court since the 12th of December, and yet no assignments of error have been filed on behalf of the appellant. The appeal must therefore be dismissed for want of prosecution, and the judgment affirmed, and it is so ordered.

I concur: Cope, J.

## THURN v. SWAIN et al.

### May 3, 1861.

**New Trial.—An Order Granting a New Trial will be Sustained on Appeal** in all cases where an abuse of discretion by the trial court is not shown.

COPE, J.—This is an appeal from an order granting a new trial. We always interfere in such cases with great reluctance, and never exercise our revisory authority except to correct an abuse of discretion. We think the purposes of justice do not require our interposition in this cause, and we are by no means clear that great injustice might not be done by a contrary course.

The order is affirmed.

We concur: Field, C. J.; Baldwin, J.